**No. 44552.**—Protest 981062–G of Jos. Riedel Glass Works, Inc. (New York).

Opinion by TILSON, J. The record indicated that none of the Government witnesses saw the machines from which the instant merchandise was produced. Being satisfied from the evidence that the weight thereof establishes that the bottles in question were made on an automatic machine the claim at 25 percent. under paragraph 218 was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 15, 1940

**No. 44553.**—Protests 950431–G, etc., of Charnaux Patent Corset Co., Inc., et al. (New York).

Opinion by TILSON, J. It appeared that these panels are imported in pairs; and two are joined together by strips of textile material and there is also attached on each side a zipper or Talon fastener. Since paragraph 1529 (c) contains no provision for parts of corsets or other body-supporting garments it was found that *United States* v. *Cartier* (20 C. C. P. A. 215, T. D. 45994) has no application.. The collector found that the merchandise in this case was not "commercially-capable" of various uses. *United States* v. *Harding* (21 id. 307, T. D. 46830); cited. On the record presented it was held that the merchandise was properly classified.

**No. 44554.**—Protest 877714–G of Philipot Clarkson (Los Angeles).

Opinion by TILSON, J. The evidence showed that the merchandise is a gut. composed wholly of animal integuments or sinews and that it contains no silk.. The claim at 40 percent under paragraph 1533 was sustained.

**No. 44555.**—Protest 340976–G of Saks & Co. (New York).

Opinion by TILSON, J. Normandy laces similar to those the subject of *United: States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable as embroidered at 75 percent under paragraph 1430 as claimed.

**No. 44556.**—Protest 77641–G of Mallouk Bros., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the filet laces; in question were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 44557.**—Protests 61466–G, etc., of J. J. Gavin & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the embroidered flouncings in question are similar to those involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544). The claim at 75 percent under paragraph 1430 was therefore: sustained.